IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAULETTE FIELDS | § | |
|    PLAINTIFF, | § | |
| | § | |
| v. | § | CASE NO. 3:21-CV-1756-KBK |
| | § | |
| DALLAS ISD, | § | |
|    DEFENDANT | | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. This action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with a court order and for lack of prosecution.

SO ORDERED.

Signed December 15th, 2021.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE